Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
L.L.G. by and through her guardian ad litem Amy Dempsey-Galvan

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| L.L.G. BY AND THROUGH HER GUARDIAN AD LITEM AMY DEMPSEY-GALVAN, | ) Case No.: 2:14-cv-2104-EFB ) ) /~~PROPOSED~~/ ORDER OF |
| Plaintiff, | ) APPOINTING GUARDIAN AD ) LITEM ) ) |
| vs. | ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

The court having considered the petition of  L.L.G. for the appointment of

Amy Dempsey-Galvan, as guardian ad litem for L.L.G. who is a minor and good

cause appearing therefore.

IT IS HEREEBY ORDERED that Amy Dempsey-Galvan,

be, and she is, hereby appointed as guardian ad litem for L.L.G. a plaintiff in

///

///

1    the above-entitled action, and she is authorized to institute and prosecute the action

2    mentioned in the petition.

3

4    DATE:   January 7, 2015

5    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26