Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
L.L.G., by and through her guardian ad litem, AMY DEMPSEY-GALVAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.L.G., by and through her guardian ad litem, AMY DEMPSEY-GALVAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02104-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between L.L.G., by and through her guardian ad litem, Amy Dempsey-Galvan ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be

dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: June 9, 2015          Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Young Cho*
                     BY:_____
                            Young Cho
                            Attorney for plaintiff Liliana L. Galvan

DATE: June 9, 2015          BENJAMIN B. WAGNER
                            Acting United States Attorney


                                    /s/ *Richard M. Rodriguez*
                            _____
                            Richard M. Rodriguez
                            Special Assistant United States Attorney
                            Attorneys for Defendant Carolyn W. Colvin,
                            Acting Commissioner of Social Security
                            (Per e-mail authorization)


**ORDER**

    Approved and so ordered.

DATED: June 12, 2015.

                            _____
                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE